Lisa McMahon-Myhran
Robinson Tait, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
Phone: (206) 676-9640

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In Re:

Amy Rebecca Osborn

    Debtor

Case No.: 16-61816-tmr7

CONDITIONAL NON-OPPOSITION TO TRUSTEE'S NOTICE OF INTENT TO SELL

COMES NOW Wells Fargo Bank, N.A. ("Secured Creditor") and responds to Trustee's Notice of Intent to Sell. Secured Creditor is the holder of the senior deed of trust on the Debtor's property located at 690 Maple Dr. Sutherlin, OR 97479.

Secured Creditor does not object to the sale. However, Secured Creditor respectfully requests that any order entered regarding the Trustee's Motion contain language that the Secured Creditor will receive full payoff funds subject to a proper payoff quote or will have the right to final approval of the short sale.

DATED this 17th day of April, 2017

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, OSB # 00849
Attorneys for Wells Fargo Bank, N.A.

Pleading Blank.doc- 1 -
«FileNumber»\

```
 1
 2
 3  Lisa McMahon-Myhran
    Robinson Tait, P.S.
 4  901 Fifth Avenue, Suite 400
    Seattle, WA 98164
 5  Phone: 206-676-9640
 6  Fax: 206-676-9659
    lmcmahon@robinsontait.com
 7
 8                    UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF OREGON
 9                              AT EUGENE

10  In Re:                              BANKRUPTCY NO. 16-61816-tmr7
11
    Amy Rebecca Osborn,                 CHAPTER NO. 7
12
13               Debtors                PROOF OF SERVICE
14

15
         Kathleen Guinee, under penalty of perjury under the laws of the United States,
16
17  declares as follows:

18       1.    That I am a citizen of the United States, over the age of 21 years, and
19  competent to be a witness herein.

20       2.    That on April 17, 2017, I transmitted electronically and/or by depositing in
21  the United States mail, postage prepaid (as indicated herein), copies of the:
22
    CONDITIONAL NON-OPPOSITION TO TRUSTEE'S NOTICE OF INTENT TO SELL
23
    addressed as follows:
24
25  Amy Rebecca Osborn
    690 Maple Dr
26  Sutherlin, OR 97479

27
28  and served electronically via ECF to:


    Christopher W Peterman


    PROOF OF SERVICE - 1                                    Law Offices of
    60111-00842-BK-OR                                    ROBINSON TAIT, P.S.
                                                       901 Fifth Avenue, Suite 400
                                                         Seattle WA 98164
                                                         (206) 676-9640
```

| | |
|---|---|
| 1 | |
| 2 | Vanesa Pancic |
| 3 | U.S. Trustee |
| 4 | |
| 5 | |
| 6 | Dated April 17, 2017 |
| 7 | |
| 8 | |
| 9 | /s/Kathleen Guinee<br>Kathleen Guinee |

PROOF OF SERVICE - 2
60111-00842-BK-OR

Law Offices of
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
(206) 676-9640